IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RAMON ROBLEDO GARCIA | § | |
|     TDCJ-CID #1200692 | § | |
| V. | § | C.A. NO. C-06-058 |
| | § | |
| INMATE TRUST FUND, ET AL. | § | |

**FINAL JUDGMENT**

Pursuant to the Court's order granting defendant Officer Ortiz' motion for summary judgment, the Court dismisses with prejudice plaintiff's claims.  This is a final judgment.

ORDERED this 5th day of February, 2007.

_____
Janis Graham Jack
United States District Judge